IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL K. BOYED, | ) | CIVIL ACTION NO. 3:23-CV-00925 |
| | ) | |
| Plaintiff, | ) | |
| | ) | DISTRICT JUDGE CARR |
| v. | ) | |
| | ) | MAGISTRATE JUDGE KNAPP |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social | ) | |
| Security, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

This matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). Upon remand, the Appeals Council will instruct the Administrative Law Judge to further consider the Plaintiff's claim, take any further action necessary to complete the administrative record, and issue a new decision.

Date: 6/30/2023

Entered: s/James G. Carr
Sr. U.S. District Judge